■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO BENEVENTE, Appellant. [731 NYS2d 869] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered July 19, 1999, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly granted the People's challenge for cause to a prospective juror (*see,* CPL 270.20 [1] [b]; *People v Blyden,* 55 NY2d 73, 77-78; *People v Light,* 260 AD2d 404). Santucci, J. P., Goldstein, Townes and Cozier, JJ., concur.